IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| TERESA WILLIAMS and DIANNA DYER, | ) ) ) | No. 3:04-0726 |
| v. | ) ) | Judge Nixon |
| UNITED STATES OF AMERICA. | ) ) | Magistrate Judge Griffin |

### ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation in the above-styled matter (Doc. No. 12), to which no timely objections have been filed. Upon review of the Magistrate Judge's Report and Recommendation, the Court finds the recommendation therein to be well-founded and supported by the record. The Court therefore ADOPTS the Report in its entirety. Accordingly, Defendant's motion to dismiss is GRANTED and this action is DISMISSED WITHOUT PREJUDICE.

It is so ORDERED.

Entered this the 26th day of August, 2005.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT